Announced Wednesday, May 26.

39303. The State of Ohio, appellee v. Carl Eugene Weaver, appellant. Montgomery County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39333. The State of Ohio, appellee v. Howard Gamble, appellant. Hamilton County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur. Schneider, J., not participating.

39371. Russell R. Bodle, Tax Commr., City of Akron, appellee v. Francis W. Stafford, d. b. a. Stafford Engineering, appellant. Summit County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill and Herbert, JJ., concur.

39376. Grace Logeman, appellee v. William J. Wagner, Jr., Exr., et al., appellants. Hamilton County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Troop and Brown, JJ., concur.

39384. The State of Ohio, appellant v. Robert K. Domer, appellee. Stark County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, Herbert and Brown, JJ., concur.

39387. Ruel L. Johnson, appellant v. Board of Edn. of Canton City School District, appellee. Stark County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39393. Virginia Tipple, appellee v. M. B. Feren Produce, Inc., appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

39397. The State of Ohio, appellee v. Glenn A. Beaumont, Jr., appellant. Clermont County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Zimmerman, O'Neill, Herbert, Schneider and Brown, JJ., concur.